IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr284

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| BILLY STROUD, JR ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of the government to dismiss the indictment with prejudice, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 12).

**IT IS, THEREFORE, ORDERED** that the government is granted leave to dismiss the indictment in the above captioned case with prejudice.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: August 1, 2008

Robert J. Conrad, Jr.
Chief United States District Judge